UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:12-cv-00096-EAK-MAP

VASILIKI GERONDIDAKIS, DUANE
GRACE; BRENDA MCKEE AND MELISSA
BEGLEY; Individually, and on behalf of All
Other Similarly Situated Who Consent to Their
Inclusion in a Collective Action,

    Plaintiffs,

v.

BL RESTAURANT OPERATIONS, LLC.; BL
RESTAURANTS HOLDING, LLC; BL
RESTAURANTS GROUP HOLDING CORP.;
RESTAURANTS-AMERICA CONSULTING
GROUP, INC.; 701 AMERICA INC. (f/k/a
BAR LOUIE AMERICA, INC.); 706
DEVELOPMENT, INC. (f/k/a BAR LOUIE
DEVELOPMENT, INC.); 100 TRADEMARK,
INC. and CONCEPTS AMERICA, INC.

    Defendants.
_____/

**CORRECTED APPENDIX OF DECLARATIONS IN SUPPORT OF DEFENDANTS
BL RESTAURANT OPERATIONS, LLC'S, BL RESTAURANTS HOLDING LLC'S
AND BL RESTAURANTS GROUP HOLDING CORP.'S RESPONSE IN OPPOSITION
TO PLAINTIFFS' MOTION TO CONDITIONALLY CERTIFY COLLECTIVE
ACTION AND MOTION FOR EQUITABLE TOLLING OF THE STATUTE OF
<u>LIMITATIONS</u>**

  Defendants BL RESTAURANT OPERATIONS, LLC, BL RESTAURANTS HOLDING LLC and BL RESTAURANTS GROUP HOLDING CORP. file this Corrected Appendix in Support of Defendants' Response in Opposition to Plaintiffs' Motion to Conditionally Certify Collective Action and Motion for Equitable Tolling of the Statute of Limitations:

DB1/ 71233647.2

| EXHIBIT | DECLARATION |
|---------|-------------|
| 1.  | Allegrezza, David |
| 2.  | Allred, Tanner |
| 3.  | Aviles, Jared M. |
| 4.  | Batton, Brooke |
| 5.  | Beich, Claire |
| 6.  | Block, Amber |
| 7.  | Boyd, Kelly |
| 8.  | Bridge, Zachary |
| 9.  | Burris, Rebecca |
| 10. | Butler, Raymond |
| 11. | Caraballo, Alexandria |
| 12. | Carey, Jill |
| 13. | Denton, Kelly L. |
| 14. | DeyErmand, Sarah |

| 15. | Dodge, Erica |
|-----|------------------|
| 16. | Edgell, Jonathan |
| 17. | Elliott, Samantha |
| 18. | Erickson, Jennifer |
| 19. | Folger, Kristina |
| 20. | George, Daniels |
| 21. | Gillum, Erin |
| 22. | Gutierrez, Daisy |
| 23. | Hage, Marie |
| 24. | Hamilton, Ashley |
| 25. | Herzog, Amy |
| 26. | Hewitt, Nora |
| 27. | Holmes, Shannon |

| | |
|---|---|
| 28. | Hourigan, Nayomi |
| 29. | Hughes, Amanda |
| 30. | Jenkins, Tiffany |
| 31. | Jones, Zachary E. |
| 32. | Kacner, Elizabeth |
| 33. | Kiel, Stacey |
| 34. | Kielma, Caitlin |
| 35. | Knakmuhs, Alison |
| 36. | Krueger, Kristin |
| 37. | Lach, Shannon |
| 38. | LeBlanc, Bianca |
| 39. | Leslie, Alex |
| 40. | Lindsay, Laura |

| | |
|---|---|
| 41. | Lombardi, Kelly |
| 42. | Marin, Kellie |
| 43. | McGaw, Emmet |
| 44. | McKee, Megan |
| 45. | Metz, Whitney |
| 46. | Moeller, Kyle |
| 47. | Ondo, Merideth |
| 48. | Paulbeck, Ted |
| 49. | Person, Tremayne |
| 50. | Potts, Nichole |
| 51. | Prothero, Breanne |
| 52. | Ricks, Cynthia |
| 53. | Rohdenburg, Dan |

| | |
|---|---|
| 54. | Rossi, Stephanie |
| 55. | Schulze, Brianna |
| 56. | Scott, Jennifer |
| 57. | Silverio, Vanessa |
| 58. | Sutherlin, Derek |
| 59. | Van Thomas, George |
| 60. | Ventre, Annalise |
| 61. | Wagner, Angela K. |
| 62. | Weaver, Jessica |
| 63. | Wilcox, Carl |
| 64. | Wyse, Karlie |