IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VASILIKI GERONDIDAKIS, DUANE GRACE;
BRENDA MCKEE AND MELISSA BEGLEY;
Individually, and on behalf of All Other Similarly
Situated Who Consent to Their Inclusion in a
Collective Action ;
          Plaintiffs,

    vs.

BL RESTAURANT OPERATIONS, LLC.;
BL RESTAURANTS HOLDING, LLC; BL
RESTAURANTS GROUP HOLDING
CORP.; RESTAURANTS-AMERICA
CONSULTING GROUP, INC.;
701 AMERICA INC. (f/k/a BAR LOUIE
AMERICA, INC.); 706 DEVELOPMENT,
INC. (f/k/a BAR LOUIE DEVELOPMENT,
INC.); and CONCEPTS AMERICA, INC.;

          Defendants,
_____/

Case No.: 8:12-cv-00096-EAK-MAP

**JOINT NOTICE OF SETTLEMENT AS TO DEFENDANTS BL RESTAURANT OPERATIONS, LLC, BL RESTAURANTS HOLDING, LLC, AND BL RESTAURANTS GROUP HOLDING CORP. ONLY**

Plaintiffs and Defendants BL Restaurant Operations, LLC, BL Restaurants Holding, LLC, and BL Restaurants Group Holding Corp. (collectively, "Purchaser Defendants"); in accordance with Paragraph 11 of the Court's Case Management and Scheduling Order (Dkt # 9) and M.D. Fla. L.R. 3.08, hereby notify the Court that they have settled this matter as to Purchaser Defendants only**.**

This Notice of Settlement does not pertain to, settle or resolve any disputes between Plaintiffs and remaining Defendants Restaurants-America Consulting Group,

DB1/ 72388448.1

Inc.; 701 America Inc.; 706 Development, Inc. and Concepts America, Inc. ("Seller Defendants").

Plaintiffs and Purchaser Defendants will diligently work to move the Court for review and approval of their settlement.  The Purchaser Defendants respectfully request that the Court stay all deadlines as to them for the next 60 days for purposes of allowing the parties to complete all papers related to the verbal settlement and to move the Court for review and approval of their agreement.

December 10, 2012                                   Respectfully submitted,

*/s/ Anne Marie Estevez*
Anne Marie Estevez
Florida Bar No. 991694
aestevez@morganlewis.com
Athalia E. Lujo
Florida Bar No. 0028067
alujo@morganlewis.com
200 South Biscayne Boulevard
Suite 5300
Miami, Florida  33131-2339
Telephone:  305.415.3330
Facsimile:   305.415.3001

*Attorneys for Defendants BL Restaurant Operations, LLC, BL Restaurants Holding, LLC, and BL Restaurants Group Holding Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Benjamin Williams and Mitchell Feldman, Feldman, Fox & Morgado, P.A., 501 Reo St., Tampa, Florida 33609; and Benjamin D. Sharkey & Colin A. Thakkar, Jackson Lewis LLP, 501 Riverside Ave., Suite 902, Jacksonville, Florida 32202, this 10th day of December, 2012.

/s/ *Anne Marie Estevez*
Anne Marie Estevez