**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

VASILIKI GERONDIDAKIS, DUANE GRACE;
BRENDA MCKEE AND MELISSA BEGLEY;
Individually, and on behalf of All Other Similarly
Situated Who Consent to Their Inclusion in a Collective Action,
    Plaintiffs,

vs.                                            CASE NO. 12-CV-96-T-EAK-MAP

BL RESTAURANT OPERATIONS, LLC;
BL RESTAURANTS HOLDING, LLC;
BL RESTAURANTS GROUP HOLDING CORP.;
RESTAURANTS-AMERICA CONSULTING
GROUP, INC.; 701 AMERICA INC.
(f/k/a BAR LOUIE AMERICA, INC.);
706 DEVELOPMENT, INC.
(f/k/a BAR LOUIE DEVELOPMENT, INC.);
100 TRADEMARK, INC. and CONCEPTS AMERICA, INC.
    Defendants.
_____/

**ORDER GRANTING PARTIAL FINAL JUDGMENT**

This cause is before the Court on the Plaintiffs' and Defendants', BL Restaurant Operations, LLC, BL Restaurants Holding, LLC, and BL Restaurants Group Holding Corp.'s (collectively, the "Parties"), Joint Motion to Dismiss with Prejudice and for Final Judgment. The Court previously found the terms of the Stipulation of Settlement entered into between the Parties to be fair and equitable. The Parties having now advised that those terms have been satisfied and that this action is now ripe for entry of Final Judgment and dismissal so that the settlement funds can be disbursed to the Settlement Class Members, it is hereby ORDERED as follows:

The Parties' Joint Motion to Dismiss with Prejudice and for Final Judgment is **GRANTED** in all respects. Upon the Effective Date, each of the Settlement Class Members shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever

released, relinquished and discharged all Released Wage and Hour Claims against the Released Parties.[1] Upon the Effective Date, the Class Representatives and each of the Opt-In Plaintiffs shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished and discharged all Released Non-Wage and Hour Claims against the Released Parties. The claims asserted in this action against BL Restaurant Operations, LLC, BL Restaurants Holding, LLC, and BL Restaurants Group Holding Corp. are hereby **dismissed with prejudice** with respect to the Settlement Class Members who participate or have participated in the Settlement. The Parties' Settlement is approved as to all such claims and individuals.

Neither this Order, the Agreement, nor any other documents or information relating to the settlement of this action shall constitute, shall be construed to be, or be admissible in any proceeding as evidence: (a) that any group of similarly situated or other employees exists to maintain a class or collective action; (b) of an adjudication of the merits of this case or that any party has prevailed in this case; or (c) that the Defendant or others have engaged in any wrongdoing. The Clerk of Court is directed to close this case and to terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 24th day of April, 2013.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

---

[1] All capitalized terms have the meanings set forth in the parties' Confidential Stipulation of Settlement of a Collective Action.

Copies to: All parties and counsel of record